# ECF TRANSCRIPTION SHEET



**ANDREW J. PECK**
**UNITED STATES MAGISTRATE JUDGE**
**UNITED STATES DISTRICT COURT**
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:          (212) 805-7933
Telephone No.:  (212) 805-0036

Dated:   January 5, 2015                    Total Number of Pages:2

**MEMO ENDORSED:**

Settlement conf. adjourned sine die at the parties' request.  Counsel are to contact my chambers when they want a conference.

Copies **by ECF** to: All Counsel
                          Judge Swain

# ML MoloLamken

Justin V. Shur
MoloLamken LLP
600 New Hampshire Ave. N.W.
Washington, DC 20037
T: 202.556.2000
F: 202.556.2001
jshur@mololamken.com
www.mololamken.com

December 26, 2014

**MEMO ENDORSED**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

VIA CM/ECF

*Settlement conf. adjourned sine die at the parties' request. Counsel are to contact chambers when they want a conference.*

SO ORDERED:

Hon. Andrew Jay Peck
United States Magistrate Judge

Re:   *Deutsche Bank National Trust Company, Solely in its Capacity as Trustee of the Morgan Stanley Structured Trust I 2007-1, v. Morgan Stanley Mortgage Capital Holdings LLC*, No. 14-cv-3020 (LTS) (AJP):  Joint Request for Adjournment of Settlement Conference

Dear Judge Swain:

We represent Plaintiff Deutsche Bank National Trust Company, solely in its capacity as Trustee for the Morgan Stanley Structured Trust I 2007-1.  We write jointly with the defendant, Morgan Stanley Mortgage Capital Holdings LLC, to request an adjournment of the settlement conference currently scheduled for January 16, 2015.  This is the parties' first request for an adjournment of the settlement conference.

On September 19, 2014, the parties appeared for an initial pretrial conference in this matter.  Following the conference, the Court entered an order requiring, among other things, that the parties begin meeting with Judge Peck for settlement purposes by January 16, 2015.  On September 24, 2014, Judge Peck entered an order scheduling the settlement conference for January 16, 2015.

In the time since the initial pretrial conference, the parties have fully briefed a motion to dismiss, which is pending before this Court.  The parties believe that formal settlement discussions before Judge Peck will be most productive after the Court decides the motion to dismiss.  We therefore respectfully request that the Court adjourn the date to begin settlement discussions before Judge Peck.

Respectfully submitted,

_____/s/_____
Justin V. Shur

cc:   Magistrate Judge Peck (by electronic filing)
      Brian S. Weinstein (by electronic filing)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: