New York          Paris
Menlo Park        Madrid
Washington DC     Tokyo
São Paulo         Beijing
London            Hong Kong

# Davis Polk

**Brian S. Weinstein**

Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

212 450 4972 tel
212 701 5972 fax
brian.weinstein@davispolk.com

**BY ECF**

March 13, 2017

Re:   *Deutsche Bank National Trust Company, solely in its capacity as Trustee for the Morgan Stanley Structured Trust I 2007-1 v. Morgan Stanley Mortgage Capital Holdings LLC*, No. 14-cv-3020 (S.D.N.Y.)

VIA ECF

The Honorable Andrew J. Peck
United States Magistrate Judge
Southern District of New York
500 Pearl Street, Courtroom 20D
New York, New York 10007

**MEMO ENDORSED 3/15/17**
*Approved.*

SO ORDERED:

Hon. Andrew Jay Peck
United States Magistrate Judge

Dear Judge Peck:

We represent defendant Morgan Stanley Mortgage Capital Holdings LLC in the above-captioned matter and we write on behalf of both parties to respectfully request permission to hold three expert depositions after the current expert discovery deadline of March 31, 2017. The parties have worked cooperatively to schedule depositions for each of the 14 expert witnesses in this matter. After numerous attempts, however, the parties determined there were no dates before the March 31, 2017 deadline that would work for the depositions of three witnesses. The parties have mutually agreed to hold these depositions after the current March 31, 2017 deadline, on the following dates: April 6, April 7, and April 21, 2017. Neither party is seeking, or intends to seek, an extension of the deadline for dispositive motions, currently scheduled for April 28, 2017. The parties also do not anticipate requesting any further adjustments to the expert discovery schedule. Accordingly, granting the parties permission to hold these three expert depositions after the current expert discovery deadline of March 31, 2017 will not affect the progress of the case.

Respectfully submitted,

/s/ Brian S. Weinstein

Brian S. Weinstein

cc:   Counsel of Record