**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------- x
:
DEUTSCHE BANK NATIONAL TRUST :
COMPANY, solely in its capacity as Trustee :
for the MORGAN STANLEY :
STRUCTURED TRUST I 2007-1, :
:
: No. 14 Civ. 3020 (LTS)
Plaintiff, :
: ORAL ARGUMENT
- against - : <u>REQUESTED</u>
:
MORGAN STANLEY MORTGAGE :
CAPITAL HOLDINGS LLC, as Successor- :
by-Merger to MORGAN STANLEY :
MORTGAGE CAPITAL INC., :
:
Defendant. :
:
---------------------------------- x

**NOTICE OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**
**<u>PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 56(c)</u>**

PLEASE TAKE NOTICE that upon the accompanying Defendant's Memorandum of Law in Support of its Motion for Summary Judgment Pursuant to Federal Rule of Civil Procedure 56(c), Defendant's Statement of Undisputed Material Facts Pursuant to Local Rule 56.1, the annexed Declaration of Brian S. Weinstein and the exhibits thereto, and all the pleadings and proceedings herein, Defendant Morgan Stanley Mortgage Capital Holdings LLC ("Morgan Stanley"), by and through its undersigned counsel, hereby moves this Court before the Honorable Laura Taylor Swain, United States District Judge for the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, Courtroom 12D, New York, New York, 10007, for an order, pursuant to Federal Rules of Civil Procedure 56, granting summary judgment in favor of Morgan Stanley and against Plaintiff on all claims asserted

against Morgan Stanley in the Complaint, and dismissing Plaintiff's Complaint.  Defendant respectfully requests oral argument on this motion.

Pursuant to Rule 2.b of the Court's Individual Practices, prior to making this motion, counsel for defendant made best efforts to resolve informally the matters raised in this motion by discussing them with plaintiff's counsel telephonically and by electronic mail.

Dated:   New York, New York
         May 8, 2017

DAVIS POLK & WARDWELL LLP

By:   /s/ Brian S. Weinstein
      Brian S. Weinstein
      Matthew Cormack
      Craig Cagney

450 Lexington Avenue
New York, New York 10017
(212) 450-4000
brian.weinstein@davispolk.com
matthew.cormack@davispolk.com
craig.cagney@davispolk.com

*Attorneys for Defendant*

To:

Steven F. Molo
Justin V. Shur
Lauren M. Weinstein
MoloLamken LLP
430 Park Avenue
New York, NY 10022

*Attorneys for Plaintiff*