USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: December 15, 2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

DEUTSCHE BANK NATIONAL TRUST CO., solely in its capacity as Trustee for the MORGAN STANLEY STRUCTURED TRUST I 2007-1,

                    Plaintiff,

-v-

MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS LLC, as Successor-by-Merger to MORGAN STANLEY MORTGAGE CAPITAL INC.,

                    Defendant.

------------------------------------------------------------ X

14-cv-3020 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

The Court is in receipt of the parties' respective submissions regarding the potential effect of the First Department's <u>Barclays</u> decision on this litigation. (ECF Nos. 135, 136.) The Court does not require any additional briefing at this time. The Court will inform the parties if its view on this subject changes.

    SO ORDERED.

Dated:    New York, New York
              December 15, 2017

                                          _____
                                          KATHERINE B. FORREST
                                          United States District Judge