

Justin V. Shur
MoloLamken LLP
600 New Hampshire Ave, N.W.
Washington, D.C. 20037
T: 202.556.2005
F: 202.556.2001
jshur@mololamken.com
www.mololamken.com

February 7, 2018

VIA CM/ECF

The Honorable Katherine B. Forrest
United States District Judge
Southern District of New York
500 Pearl Street, Room 2230
New York, NY  10007

> RE: *Deutsche Bank National Trust Company, solely in its capacity as Trustee for the Morgan Stanley Structured Trust I 2007-1 v. Morgan Stanley Mortgage Capital Holdings LLC*, No. 14 Civ. 3020 (S.D.N.Y.)

Dear Judge Forrest:

We represent plaintiff Deutsche Bank National Trust Company, solely in its capacity as Trustee for the Morgan Stanley Structured Trust I 2007-1. We write pursuant to your Honor's February 6, 2018 Order (Dkt. 155) to confirm that there is no jury demand in this action.

    Respectfully submitted,

    /s/ Justin V. Shur
    Justin V. Shur

cc:   All counsel of record