|  |  |
|---|---|
| New York | Paris |
| Menlo Park | Madrid |
| Washington DC | Tokyo |
| São Paulo | Beijing |
| London | Hong Kong |

# Davis Polk

**Brian S. Weinstein**

Davis Polk & Wardwell LLP        212 450 4972 tel
450 Lexington Avenue             212 701 5972 fax
New York, NY 10017               brian.weinstein@davispolk.com

February 8, 2018

Re:   Deutsche Bank National Trust Company, solely in its capacity as Trustee for the Morgan Stanley Structured Trust I 2007-1 v. Morgan Stanley Mortgage Capital Holdings LLC, No. 14 Civ. 3020 (KBF)

The Honorable Katherine B. Forrest
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Forrest:

We represent defendant Morgan Stanley Mortgage Capital Holdings LLC ("Morgan Stanley") in the above-captioned matter. We write jointly with plaintiff to request entry of an order permitting the parties to redact any personally identifiable borrower information contained in any Confidential Documents (as defined below) that will be unsealed pursuant to the Stipulation and Order for the Filing Under Seal of Confidential Documents [Dkt. No. 107] (the "Sealing Order") entered on May 5, 2017.

Prior to the filing of Morgan Stanley's motion for summary judgment [Dkt. No. 111], Judge Swain entered the Sealing Order, which permitted the parties to file under seal documents designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL" ("Confidential Documents") under the terms of the Protective Order entered September 19, 2014 [Dkt. No. 31], and to redact references to such documents in the parties' motion papers.

Pursuant to the Sealing Order, the parties met and conferred on February 1, 2018 "to determine if the documents relied on by the Court may be unsealed," and to determine "[i]f either party believes that documents relied on by the court should remain sealed," in which case "that party will file a motion to seal within 14 days of the Court's decision on Morgan Stanley's motion for summary judgment." [Dkt. No. 107]. During the meet and confer, the parties agreed that any personally identifiable borrower information in the Confidential Documents relied on by the court should remain redacted or under seal.

Hon. Katherine B. Forrest            2            February 8, 2018

      The parties do not intend to file motions to seal as contemplated in the Sealing Order. However, to protect borrower privacy, the parties jointly request that the Court enter an order permitting the parties to redact any personally identifiable borrower information contained in the Confidential Documents relied on by the court. Based on the parties' review of the Court's decision on Morgan Stanley's motion for summary judgment, we understand that only documents produced by Morgan Stanley would need such redactions. Morgan Stanley thus agrees to notify the Court by February 22, 2018 regarding which documents it intends to file in redacted form so that the Court can proceed to unseal the remainder of the documents on which it relied. We thank the Court for its consideration.

                                              Respectfully submitted,

                                              /s/ Brian S. Weinstein

                                              Brian S. Weinstein

cc:      Counsel of Record (via ECF)

*[Handwritten annotation:]* So ordered. KBF. Forrest USDJ 2/9/18