```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
DEUTSCHE BANK NATIONAL TRUST CO.,            :
solely in its capacity as Trustee for the    :
MORGAN STANLEY STRUCTURED TRUST I            :
2007-1,                                      :
                              Plaintiff,     :
                                             :
              -v-                            :       14-cv-3020 (KBF)
                                             :
MORGAN STANLEY MORTGAGE CAPITAL              :          ORDER
HOLDINGS LLC, as Successor-by-Merger to      :
MORGAN STANLEY MORTGAGE CAPITAL              :
INC.,                                        :
                              Defendant.     :
------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: February 26, 2018

KATHERINE B. FORREST, District Judge:

The Court is in receipt of the parties' joint letter dated February 24, 2018, in which the parties informed the Court that a written settlement agreement is currently pending approval by the Trust's certificateholders. (ECF No. 176.) The parties further informed the Court that the directing certificateholder (who currently possesses approximately 43% of the outstanding voting rights of the Trust) intends to vote in favor of approval.

Based on the high likelihood of settlement and dismissal of this action, the Court hereby ADJOURNS all future deadlines and hearings in this action. The parties are directed to provide a status report as soon as the certificateholders take action, but in any event not later than **Monday, April 9, 2018**.

SO ORDERED.

Dated:    New York, New York
          February 26, 2018

                                        _____
                                        KATHERINE B. FORREST
                                        United States District Judge