| | |
|---|---|
| New York | Paris |
| Menlo Park | Madrid |
| Washington DC | Tokyo |
| São Paulo | Beijing |
| London | Hong Kong |

# DavisPolk

**Brian S. Weinstein**

Davis Polk & Wardwell LLP    212 450 4972 tel
450 Lexington Avenue         212 701 5972 fax
New York, NY 10017           brian.weinstein@davispolk.com

March 20, 2018

Re:    <u>Deutsche Bank National Trust Company, solely in its capacity as Trustee for the Morgan
       Stanley Structured Trust I 2007-1 v. Morgan Stanley Mortgage Capital Holdings LLC</u>,
       No. 14 Civ. 3020 (KBF)

The Honorable Katherine B. Forrest
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Dear Judge Forrest:

    We represent defendant Morgan Stanley Mortgage Capital Holdings LLC ("Morgan
Stanley") in the above-captioned matter.  We write in response to the Court's March 16, 2018
order [Dkt. No. 179] (the "Order") regarding the March 16, 2018 letter filed by certain
certificateholders in the Trust [Dkt. No. 178] (the "Letter").

    Consistent with the Order, the parties have now publicly filed all documents previously
filed under seal except Exhibits 6-10 to the Declaration of Justin V. Shur [Dkt. No. 122], with the
only redactions being those necessary to preserve the confidentiality of borrower information.

    With regard to the status of the certificateholder vote, that issue is addressed in the
Trustee's letter to the Court of today's date.  In light of the Trustee's letter, as well as the parties'
February 24, 2018 letter to the Court [Dkt. No. 176], Morgan Stanley respectfully requests a stay
of proceedings consistent with the terms of the stay provided for in the Court's February 26, 2018
order [Dkt. No. 177].

                                          Respectfully submitted,

                                          /s/ Brian S. Weinstein

                                          Brian S. Weinstein

cc:    Counsel of Record (via ECF)