UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

DEUTSCHE BANK NATIONAL TRUST CO.,
solely in its capacity as Trustee for the
MORGAN STANLEY STRUCTURED TRUST I
2007-1,

                    Plaintiff,

              -v-

MORGAN STANLEY MORTGAGE CAPITAL
HOLDINGS LLC, as Successor-by-Merger to
MORGAN STANLEY MORTGAGE CAPITAL
INC.,

                    Defendant.
------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: March 27, 2018

14-cv-3020 (KBF)

ORDER

KATHERINE B. FORREST, District Judge:

      Based on the letter at ECF No. 198, the Court takes it that Olifant does not believe it could hold up the proposed settlement even if it objects timely.  In light of that, as well as the various representations made at ECF Nos. 180, 195, and 196, the Court hereby ADJOURNS all future deadlines and hearings in this action.  The parties are directed to provide a status report as soon as the certificateholders take action on the proposed settlement, but in any event not later than **Monday, April 9, 2018**.

      SO ORDERED.

Dated:    New York, New York
            March 27, 2018

                                                            KATHERINE B. FORREST
                                                             United States District Judge