UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, solely in its capacity as Trustee for MORGAN STANLEY STRUCTURED TRUST I 2007-1,<br><br>                    Plaintiff,<br>    v.<br><br>MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS LLC, as Successor-by-Merger to MORGAN STANLEY MORTGAGE CAPITAL INC,<br><br>                    Defendant. | No. 14-CV-3020 (KBF) |

## STIPULATION OF VOLUNTARY DISMISSAL

WHEREAS Plaintiff Deutsche Bank National Trust Company, solely in its capacity as Trustee for the Morgan Stanley Structured Trust I 2007-1 and Defendant Morgan Stanley Capital Holdings LLC, have reached a settlement agreement in this action;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties through their undersigned counsel, that this action is DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear costs, fees, and expenses as dictated by the settlement agreement.

SO ORDERED:

/s/ KB Forrest

HON. KATHERINE B. FORREST
UNITED STATES DISTRICT JUDGE

APR 0 4 2018

Dated: April 3, 2018
New York, New York

By: /s/ Steven F. Molo
Steven F. Molo
Robert K. Kry
Justin V. Shur
Lauren M. Weinstein
MOLOLAMKEN LLP
430 Park Avenue
New York, NY 10022
(212) 607-8160

*Attorneys for Plaintiff*

By: _____
Brian S. Weinstein
Elisabeth Grippando
Alan J. Tabak
Matthew Cormack
Craig T. Cagney
DAVIS POLK & WARDWELL LLP
450 Lexington Ave.
New York, NY 10017
(212) 450-4000

*Attorneys for Defendant*